Peter Congiardo, Plaintiff-Appellee, v. Tony Bordenaro, Sr., and Tony Bordenaro, Jr., Defendants-Appellants.

Gen. No. 51,945.

First District, Fourth Division.
February 26, 1969.

James A. Thompson, of Chicago, for appellants; Arnold S. Root, of Chicago (Edward M. Platt, of counsel), for appellee. Opinion by PRESIDING JUSTICE DRUCKER. Not to be published in full.